IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIE K. GREER,

Defendant.                                              No. 08-30071-DRH

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is a Joint Motion to Continue Sentencing and for Extension of Time to File Objections (Doc. 79) filed by Defendant Greer. The motion is jointly filed with the United States of America. Defendant Greer requests that the sentencing hearing currently scheduled for June 26, 2009, be continued for sixty (60) days so that the Government may have the opportunity to conclude its investigation and advise the Court of Defendant's cooperation and substantial assistance. Based on the reasons in the motion, the Court **GRANTS** Defendant's joint motion to continue sentencing and **CONTINUES** the sentencing hearing scheduled for June 26, 2009 until **August 21, 2009 at 1:30 p.m.**

Additionally, Defendant and the Government jointly request an extension of time to file objections to the Presentence Report. Defendant argues that her counsel needs additional time to file objections because she is currently involved in two other criminal cases which require her attention. Therefore, the Court **GRANTS** Defendant's motion for extension of time to file objections (Doc. 79). The

parties will have up to and including **June 26, 2009** in which to file objections to the Presentence Report.

**IT IS SO ORDERED.**

Signed this 5th day of June, 2009.

/s/ David R Herndon

**Chief Judge
United States District Court**