IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JULIE K. GREER,**

**Defendant.** No. 08-30071-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the United States of America's second agreed motion to continue the sentencing (Doc. 89). The Government requests that the sentencing hearing in this case be continued for sixty days so that the Government can fully advise the Court of the nature and extent of Defendant Greer's cooperation with the Government at the time of sentencing. The Defendant does not object to the continuance and joins in the request. Based on the reasons in the motion, the Court **GRANTS** the United States of America's second agreed motion to continue the sentencing (Doc. 89) and **CONTINUES** the sentencing hearing currently scheduled for August 21, 2009 until **October 29, 2009 at 2:30 p.m.**

**IT IS SO ORDERED.**

Signed this 17th day of August, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**