IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIE GREER,

Defendant.                                                      No. 08-30071-DRH

## ORDER

**HERNDON, Chief Judge:**

  Before the Court is the United States of America's Agreed Motion to Continue Sentencing (Doc. 96). The Government asks that Defendant Greer's sentencing hearing be continued so that she may continue her cooperation with the Government. A continuance would also allow the Government to fully advise the Court of the nature of Defendant's cooperation at the time of sentencing. Defendant does not object to the continuance and, in fact, joins in the request for continuance. Based on the reasons set forth in the motion, the Court **GRANTS** the Government's Agreed Motion to Continue Sentencing (Doc. 96) and **CONTINUES** the sentencing hearing set for October 29, 2009 until **February 5, 2010 at 10:00 a.m.**

  **IT IS SO ORDERED.**

  Signed this 26th day of October, 2009.

/s/    David R. Herndon
**Chief Judge**
**United States District Court**